R. BOACH & CO., PLAINTIFFS AND APPELLANTS, v. ARMSTRONG
& CO., DEFENDANTS AND APPELLEES.

APPEAL from the District Court of Ponce in an Action for
Damages. — Memorandum of Costs. — Motion for Dis-
missal.

No. 3194.—Decided January 24, 1924.

APPEAL—TRANSCRIPT.—The appellant filed the judgment roll before the expira-
tion of the last extension granted the stenographer by the court below for
preparing the transcript of the evidence, but more than thirty days after
the day on which the notice of appeal was filed. *Held:* That under such
circumstances the appeal should be dismissed.

The facts are stated in the opinion.

*Messrs. Martínez Nadal, Tormes* and *Colón* for the ap-
pellants.

*Mr. V. Zayas Pizarro* for the appellees.

MR. JUSTICE ALDREY delivered the opinion of the court.

An order entered by the lower court in this case in the
matter of a memorandum of costs was appealed from by
the plaintiffs on June 1, 1923. The appellants elected to
have the transcript of the evidence prepared by the stenog-
rapher and for that purpose obtained several extensions
of time, the last of which was to expire on November 26,
1923. Before that date, or on November 22, 1923, the ap-
pellants filed in the secretary's office of the Supreme Court
the transcript certified to by the clerk of the court containing
the pleadings and the orders of the court, but not the evi-
dence examined in the case. On November 26th the last
extension granted the appellants expired and they had not
presented the transcript of the evidence to the lower court.

The appellees have moved for the dismissal of the ap-
peal by this court and the motion should be sustained be-
cause the transcript filed in this court contains no state-
ment of the case, bill of exceptions, or transcript of the
evidence prepared by the stenographer and for that reason
it should have been filed in this court within thirty days
after June 1, 1923, when the appeal was taken.

The appeal must be dismissed.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Wolf and Hutchison concurred.

Mr. Justice Franco Soto took no part in the decision of this case.